

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-20-00054-CV

**IN RE STATE OF TEXAS**,

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4845, 4863 and 4866
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Relator's Motion to Extend Time by Three Days to File Relator's Motion for Rehearing and/or Motion for En Banc Reconsideration is hereby Granted. Time is extended to April 2, 2020.

It is so **ORDERED** on March 31, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court